■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS BLENDE, Appellant, v. W. CECIL JOHNSTON, as Superintendent of Matteawan State Hospital, Respondent.— Motion by relator-appellant: (1) to reverse a judgment of the Supreme Court, Dutchess County, entered December 18, 1958 dismissing a writ of habeas corpus, after a hearing, on the ground that the stenographic minutes of said hearing cannot be made available; (2) to grant a new hearing on said writ. Motion granted; judgment reversed, without costs and proceeding remanded to the Supreme Court, Dutchess County, to hold a new hearing upon the writ (*People* v. *De Mayo*, 2 A D 2d 985). Brennan, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of MARVIN I. GOODMAN et al., as Assistant District Attorneys of Nassau County, Petitioners, v. EUGENE H. NICKERSON, as County Executive of the County of Nassau, et al., Respondents.— In a proceeding pursuant to article 78 of the CPLR, respondents move pursuant to CPLR 5701 (subd. [c] for leave to appeal to this court from an order of the Supreme Court, Nassau County, denying their motion to dismiss the petition; and for a stay pending determination of the appeal. Motion denied in all respects. Respondents' time to serve their answer to the petition is extended until 10 days after entry of the order hereon. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of WILLIAM R. KLEIN, an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.— In a proceeding to discipline the respondent, an attorney, in which an order disbarring him from the practice of law was entered June 29, 1965, the respondent moves to vacate the order of disbarment, for permission to serve an amended answer to the petition in order to put in issue its various allegations, and for this court to set the issues down for a hearing. Motion granted to the extent of permitting respondent to serve his answer on petitioner within 10 days after the entry of the order hereon and thereupon referring the matter to Hon. WALTER R. HART, a Justice of the Supreme Court, as Referee for the purpose of: (a) conducting hearings as to the issues raised by the petition and the denials to be asserted by respondent in his amended answer; and (b) rendering a written report setting forth specific findings as to such issues. The motion is otherwise denied. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY B. PEPLOWSKI, Relator, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Application to this court by relator, for a writ of habeas corpus, made by petition, sworn to June 29, 1965, as supplemented by undated letter received August 23, 1965. The application is denied without prejudice to renewal before the Appellate Division of the Supreme Court, Third Judicial Department, Albany, New York— the Judicial Department in which the relator is presently detained (CPLR 7002, subd. [b], par. 2). Brennan, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.